MARION GRAY, Respondent, v. MAUDE SCHEIB, Appellant.— Judgment and

order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.